marriage of the parties, the wife was married to one Newman, and alleged that a Nevada decree obtained by Newman, divorcing her, was void for lack of jurisdiction. The appeal is from an order denying the wife's motion to direct that Newman be added as an indispensable party pursuant to section 193 of the Civil Practice Act. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL J. MANCINI, Appellant.— Appeal (1) from a judgment of the County Court, Queens County, convicting appellant of robbery in the first degree, grand larceny in the first degree and assault in the second degree, and sentencing him to serve from 15 to 20 years, and (2) from said sentence. Judgment unanimously affirmed. (Code Crim. Pro., § 542.) No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT RALPH ROMANO, Appellant.— Appeal (1) from a judgment of the County Court, Queens County, convicting appellant of robbery in the first degree, grand larceny in the first degree and assault in the second degree, and sentencing him to serve from 15 to 20 years, and (2) from said sentence. Judgment unanimously affirmed. (Code Crim. Pro., § 542.) No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDREW JANOSKO, Appellant, against EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Appeal from an order dismissing a writ of habeas corpus and remanding appellant to custody. Order unanimously affirmed, without costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ HENRY TEICHMAN, Appellant, v. SYLVIA PATASHNA et al., Respondents, et al., Defendant.— In an action pursuant to article 15 of the Real Property Law (to compel determination of a claim to real property), the appeal is from (1) an order dated June 3, 1958 denying appellant's motion for summary judgment striking out respondents' answer, and (2) an order dated July 22, 1958 denying a motion for leave to renew the original motion. Order dated July 22, 1958 affirmed, without costs. No opinion. Appeal from order dated June 3, 1958 dismissed, without costs. (Cf. *Van Valkenburgh* v. *Lutz,* 6 A D 2d 812.) Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■

## (November 10, 1958)

■ In the Matter of Acquisition of Property to be Acquired for School Purposes in the Incorporated Village of Lindenhurst, Town of Babylon, Suffolk County. UNION FREE SCHOOL DISTRICT No. 4, TOWN OF BABYLON, VILLAGE OF LINDENHURST, SUFFOLK COUNTY, Appellant; MORRIS LIEBMAN et al., Respondents.— Oral motion to dismiss appeal, made on call of calendar, denied on condition that appellant proceed diligently to procure a proper record on appeal which shall include a case (Civ. Prac. Act, §§ 616, 575), and that appellant be ready to argue or submit the appeal at the December Term, beginning Monday, November 24, 1958, to which term the appeal has been